# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | **UNDER SEAL** |
| JAMES ATHANS, | MAGISTRATE JUDGE SCHENKIER |
| also know as "Meatball;" | CASE NUMBER: |
| JOSEPH GRILLO | **08CR 438** |

I, Craig Henderson, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. Beginning no later than in or about January 2007 and continuing through the present, in Chicago, in the Northern District of Illinois, and elsewhere defendants

> and others did devise, intend to devise, and participate in a scheme and artifice to defraud State Farm Mutual Automobile Insurance Company ("State Farm") of money and property, and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises and material omissions; and on or about March 21, 2007, they, for the purpose of executing the aforesaid scheme to defraud, and attempting to do so, knowingly caused to be delivered by a commercial interstate carrier according to the directions thereon an envelope addressed to State Farm Insurance, Individual C, 2602 E. Dempster St., Park Ridge, IL 60068, which envelope contained two checks, and did aid and abet said scheme;

in violation of Title ___18___ United States Code, Sections 1341 and 2.

I further state that I am an Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See attached affidavit**

Continued on the attached sheet and made a part hereof:  __X__ Yes  ___ No.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

June 3, 2008                    at    Chicago, Illinois
Date                                    City and State

SIDNEY I. SCHENKIER, U.S. MAGISTRATE JUDGE    _____
Name & Title of Judicial Officer                Signature of Judicial Officer

**F I L E D**
6-3-08
JUN - 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT

I, Craig Henderson, being duly sworn, depose and state:

1.      I have been employed as a Special Agent with the Federal Bureau of Investigation ("FBI") for approximately fourteen years, having been assigned to the Chicago Division office for ten and a half years, and the FBI Laboratory Division for three and a half years.  While assigned to the Chicago Division office, I have been part of an Organized Crime Squad and a White Collar Crime/Public Corruption squad, and have investigated violations of federal statutes, including wire fraud, mail fraud, money laundering and extortion.

2.      I, along with other FBI Special Agents and task force officers, have been conducting an investigation regarding violations of mail fraud (Title 18 United States Code, Section 1341).  I am familiar with the facts and information contained in this Affidavit, which is based on my own personal observations, witness interviews, review of consensually recorded conversations, review of calls intercepted pursuant to Court order, analysis and review of documents and records, and from discussions with other FBI Special Agents, Chicago Police Department ("CPD") - Internal Affairs Division ("IAD") investigators, and Internal Revenue Service ("IRS") Special Agents.

3.      This Affidavit is made in support of a criminal complaint charging JAMES ATHANS, also known as "MEATBALL" ("ATHANS") and JOSEPH GRILLO ("GRILLO"), with a violation of Title 18 United States Code, Sections 1341 and 2, charging that, from in or about January 2007 and continuing through the present, ATHANS, GRILLO, Coschemer A and Coschemer B devised, intended to devise, and participated in a scheme and artifice to defraud State Farm Mutual Automobile Insurance Company ("State Farm") of money and property, and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises

1

and material omissions; and on or about March 21, 2007, they, for the purpose of executing the aforesaid scheme to defraud, and attempting to do so, knowingly caused to be delivered by a commercial interstate carrier according to the directions thereon an envelope addressed to State Farm Insurance, Individual C, 2602 E. Dempster St., Park Ridge, IL 60068, which envelope contained two checks, and did aid and abet said scheme.

4.    Since this Affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe ATHANS, GRILLO, Coschemer A and Coschemer B committed a violation of Title 18, United States Code, Sections 1341 and 2.

I.    **BACKGROUND**

5.    Based on information from a CW (hereinafter "CW1") as well as other investigation to date, it was learned that ATHANS, a tow truck driver and towing business owner, did business under the name of "Collision Towing,"[2] and obtained towing business from accident scenes occurring in the CPD's 25th District and elsewhere.

---

[1] CW1 is a tow truck driver and owner of a towing business operating in the Chicago area. CW1 has received monetary compensation for the information he/she has provided to law enforcement in this investigation. This monetary compensation was for services provided by CW1 while assisting the FBI, including the use of: CW1's time while assisting in this investigation, CW1's tow trucks and CW1's vehicle storage lot. At this time, I am unaware of any criminal history associated with CW1. CW1 has filed complaints with IAD about officers regarding traffic and/or parking tickets written on CW1's vehicles in perceived retaliation against CW1.

[2] Illinois Secretary of State records indicate "Collision Towing Incorporated" was incorporated on about February 27, 2007 by ATHANS.

2

6.    During the course of this investigation, the government applied for and received authorization to intercept wire communications to and from ATHANS's cellular telephone pursuant to Orders signed by Chief Judge James F. Holderman on January 10, 2007 and February 7, 2007. During the period of wire interception, agents learned that ATHANS schemed with two CPD 25th district officers (GRILLO and Coschemer A) and Coschemer B, to commit mail fraud and related crimes.[3] Unless otherwise noted, the calls described herein were intercepted pursuant to these Court Orders.

## II.    STAGED THEFT AND FRAUD RELATED TO A 1996 VOLKSWAGON

7.    On February 17, 2007, at 10:27 a.m., ATHANS received a telephone call from telephone number (773) 512-5959, a number subscribed to and used by GRILLO.  GRILLO asked ATHANS if ATHANS had "got anything on that guy's (Coschemer A's) car, anybody that will do that or because he called me yesterday."  ATHANS wanted to know if he could put it (car) in his lot for a month and a half until he (Coschemer A) was paid, and then put it on the street.  ATHANS further asked whether he (Coschemer A) wanted to do the other thing.  GRILLO said he would ask him (Coschemer A) stating, "I guess that's what he wanted was it to be totally stolen, I don't know,

---

[3]  At various points in the Affidavit, I will offer my interpretations of certain intercepted conversations/meetings in brackets.  My interpretations of these conversations are based on my knowledge of the investigation to date and review of prior interceptions, the contents and context of the conversations, prior and subsequent conversations, the results of physical surveillance, conversations with other officers and agents, and my experience and familiarity with these types of investigations generally.  Moreover, the voice identifications for the conversations set out below are preliminary.  The identification of some individuals involved in these conversations and meetings has not yet been completed.  Some of these summaries do not include references to all the topics covered during the course of the conversations.  In addition, the summaries do not necessarily include references to all statements made by the speakers on the topics that are mentioned.  For these recordings, I have relied on draft – not final -- transcripts of conversations.

I'll call him and find out though." ATHANS told GRILLO to give him the car and he would put it

into his lot and he will do it one night. ATHANS wanted to know if the guy was a police officer and

GRILLO replied, "Yeah." ATHANS told GRILLO, "Just tell him I'll take care of it and he owes me

a big favor." ATHANS stated, "I know how, I know how he can take care of me." GRILLO said

"Well you got it." ATHANS said, "I'll get him to get the tow trucks or something (ATHANS will

have Coschemer A chase rival tow trucks from accident scenes that ATHANS's company responds

to)."

8.      On February 17, 2007, at 2:57 p.m., ATHANS called GRILLO. ATHANS asked if

GRILLO talked to the officer that wanted his car taken care of. GRILLO responded that he was

trying. The following is a partial summary of the telephone call:

GRILLO:         However, we do it, we do it, that's all.

ATHANS:         Yeah, I, I'm thinking that maybe we'll do it tomorrow, tomorrow night.

GRILLO:         Okay.

ATHANS:         I'll do it, maybe I'll do it. Ask him if he minds, if he minds if I do it in 25.[4]
                I'm thinking about doing it.

GRILLO:         No, he don't care. He'll park some place and you'll just take it.

ATHANS:         Yeah, I'm thinking about just taking it by, ah, and put it behind my lot and
                just burn it behind my lot.

GRILLO:         Yeah, alright.

ATHANS:         You know. Cause there usually ain't no cops around and that it, it burns for
                a long time.

GRILLO:         Yeah.

---

[4] 25 is a reference to the CPD 25th district, which is bordered by Harlem Avenue on the
west, Belmont Avenue on the North, Pulaski Avenue on the east and North Avenue on the south.

ATHANS:             You know.

9.    On February 18, 2007, at 1:43 p.m., ATHANS received a telephone call from

GRILLO.  The following is a partial summary of the call:

GRILLO:             Hey he's parking the car, if you can do it, he's parking it on Parkside by the
                    tracks facing southbound.

ATHANS:             I'm going to do it.

GRILLO:             It's a Volkswagon.

ATHANS:             Um.

GRILLO:             He's just going to leave it sit there.

ATHANS:             Where are the keys at?

GRILLO:             Alright, I'm going to tell him to leave the keys, I'll tell him to leave them
                    underneath that car mat in the front seat.

ATHANS:             Uh, where, Parkside and what by the road?

GRILLO:             Right by the station, but by the tracks unless you want him to put it
                    someplace else.

ATHANS:             He didn't report it stolen yet, did he?

GRILLO:             No, he's not going to do it until after it's gone.  When you tell me it is okay
                    and safe and hidden, then he'll do it.  He'll wait a day or so and then he'll do
                    it.

ATHANS:             How's he going to do that?  That's going to look suspicious.

GRILLO:             How's it going to look suspicious?

ATHANS:             If it got burned.

GRILLO:             No, he's not going to do it until after you take it, then he will report it stolen.

ATHANS:             Alright, what I'm going uh.

5

GRILLO:          When you say okay, it's gone, it's hidden.

ATHANS:          Alright, look, I'll, I'll do it tonight, I'll do it tonight, um, I'll pick it up tonight.
                 I'll take care of it tonight, I'll get a buddy of mine to go with me.

GRILLO:          Okay, that's fine.

ATHANS:          Um, where is it by Parkside, by the tracks?

GRILLO:          Yeah, Parkside by the tracks, right by the station.

ATHANS:          It is uh, uh, Honda?

GRILLO:          No, Volkswagon.

ATHANS:          Oh, it's a Volkswagon.

GRILLO:          Yeah.

ATHANS:          Alright, I'll call you later on and I will get the information on it.

GRILLO:          Okay.

     10.    On February 18, 2007, at 3:08 p.m., ATHANS placed an outgoing call to GRILLO.

The following is a summary of the call:

GRILLO:          Yes my cousin.

ATHANS:          Hi sir.

GRILLO:          Yes sir.

ATHANS:          What's going on?  Did you talk to this guy (Coschemer A)?

GRILLO:          Yeah, he is going to leave the car, are the keys on the passenger side, they're
                 in the floor mat.

ATHANS:          Okay, now.

GRILLO:          And he won't do nothing until he hears from us.

ATHANS:          Well, it's going to be late when I'm going to do this so I'm not going to call

6

you at fucking like one in the morning.

GRILLO:     Ah, no he won't even report it stolen right away and you know maybe Tuesday or whatever. It will give you time to figure out what you're going to do with it - uh.

ATHANS:     Oh, okay then I'm going to just put, I'm going to take it and put it in my lot for right now for a day and then.

GRILLO:     Okay.

ATHANS:     Maybe tonight, maybe tonight, I will pull it out and fucking burn it in my alley.

GRILLO:     Alright.

ATHANS:     Alright, but the thing is if I burn it in the alley and the cops come and the fire department come, it's not going to be reported stolen.

GRILLO:     Ah.

ATHANS:     And you know and then, if the fucking ETs (CPD evidence technicians) look at it they're going to see that the ignition's not broken or nothing they (State Farm) might fucking deny his claim.

GRILLO:     Yeah.

ATHANS:     You better, you better, you better talk to this guy and, and, and, and see, you know.

GRILLO:     Unless we just pop the ignition, I don't know.

ATHANS:     Yeah, but I got to get a dent pulley and all that. I don't have none of the shit.

GRILLO:     Yeah.

ATHANS:     You know why don't you, uh, why don't you tell this guy, is this guy working right now?

GRILLO:     No, he's home, he works six to two.

ATHANS:     Oh, um, could I, I, I would like to talk to this guy and just tell him, I mean

7

|         |                                                                                                                                                                                          |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         | because I, I've done this before and man I mean the insurance companies are pretty slick to this shit you know.                                                                            |
| GRILLO: | Yeah, do you want me to uh, uh, I will call you right back with his number and you can give him a call or do you want me to have him call you?                                             |
| ATHANS: | Uh, just give him my uh, yeah give him my number and tell him to call me. What's his name?                                                                                                |
| GRILLO: | Okay, uh (First name of Coschemer A).                                                                                                                                                     |
| ATHANS: | (First name of Coschemer A).                                                                                                                                                              |
| GRILLO: | Yeah.                                                                                                                                                                                     |
| ATHANS: | You know what, why don't, yeah, you know what, what I'll do is I'll take the car, I'll put it in my lot for right now, I'll have (Individual A) go grab it, put it in my lot.              |
| GRILLO: | Alright.                                                                                                                                                                                  |
| ATHANS: | And then uhm, I'll, I'll talk to him tomorrow. He's working tomorrow, you're working tomorrow right?                                                                                      |
| GRILLO: | Yeah we're both working tomorrow.                                                                                                                                                         |
| ATHANS: | Well then good, then I'll meet you guys in the morning somewhere, just tell him that, meet me in the morning or something then tomorrow night, I'll do it and whatever, but uhm.           |
| GRILLO: | Okay.                                                                                                                                                                                     |
| ATHANS: | I need to talk to him because, I, I got to figure out how to do this because I don't want him to get fucking pinned up you know.                                                           |
| GRILLO: | Right.                                                                                                                                                                                     |
| ATHANS: | So, uhm, yeah, just uhm, tell him to give me a call or you know what I'll just see him tomorrow in the morning. I'm going to go pick it up, tell him I'm going to go pick it up tonight, put it in my lot and then tomorrow, me and you, me and you and him can meet and I can talk to him. |
| GRILLO: | Okay.                                                                                                                                                                                     |

8

ATHANS:        Because I don't, I don't want to meet this guy by myself, I don't, you know (inaudible).

GRILLO:        Yeah, no, no, I wouldn't let you do it anyway.

ATHANS:        You know what I'm saying.

GRILLO:        Yeah.

ATHANS:        Okay.

GRILLO:        Alright Jimmy.

ATHANS:        Okay, I'm going to pick it so it's on, it's on Parkside by the tracks right?

GRILLO:        Yeah.

ATHANS:        It's a Volkswagon and what kind of color is it?

GRILLO:        Uh, I think it's like a bluish green.

ATHANS:        Okay, no problem

    11.    On February 18, 2007, at 5:37 p.m., ATHANS placed a call to telephone number

(773) 987-1153, a number used by Individual A. The following is a summary of the call:

Individual A:  Hello.

ATHANS:        Hey um, I need you to do me a favor, go down Parkside by the police station (CPD 25th District) how you know, you know how you go in the back of the police station?

Individual A:  Yeah.

ATHANS:        And on Parkside, there's a Volkswagon over there, open the passenger door, there's a key under the mat, take that car and put it into the lot.

Individual A:  Well alright, uh.

ATHANS:        Alright call me. Call me when you are over there.

Individual A:  It's off Parkside by Grand when going towards the back of the police station?

9

ATHANS:          Yeah, it's uh a Volkswagon, I don't know like a Jetta or a fucking, I don't know.

Individual A:     Alright.

ATHANS:          It's like a greenish black or something, go over there and uh open the passenger door and it's the keys under the floor mat and...

Individual A:     Alright.

ATHANS:          When you get it call me, I need to know when you are picking up.

Individual A:     Alright.

ATHANS:          Bye.

    12.    On February 18, 2007, at 5:42 p.m., ATHANS received a call from Individual A. The following is a summary of the call:

ATHANS:          Yo.

Individual A:     Yeah what's up?

ATHANS:          Listen, when you get over there, there's brown gloves in the door, make sure you put gloves on when you open that door on that.

Individual A:     Alright.

ATHANS:          Because I have to take care of that car for a copper and I don't like. . .

    13.    On February 18, 2007, at 5:58 p.m., ATHANS received a call from Individual A. The following is a summary of the call:

ATHANS:          Yeah

Individual A:     Yeah, it's a green Volkswagon Jetta, right?

ATHANS:          A what?

Individual A:     It's a green Volkswagon Jetta.

ATHANS:          Yeah.

10

Individual A:      Alright, cool.

ATHANS:            Um, make sure you use those brown gloves in the door.

Individual A:      Alright.

ATHANS:            Alright, the keys in it?

Individual A:      Make sure I use the brown gloves right?

ATHANS:            Yeah.

Individual A:      Alright, cool.

ATHANS:            Don't touch the door or nothing without that.

Individual A:      Alright, cool.

ATHANS:            Is the key in there?

Individual A:      I haven't checked.  I'm going to hook the car up.  Can I just tow it to the lot
                   and check it in the lot?

ATHANS:            No just check it first.

Individual A:      Alright, cool.

14.      On February 18, 2007, at 6:21 p.m., ATHANS received a call from Individual A. The

following is a summary of the call:

ATHANS:            Yo.

Individual A:      Hey.

ATHANS:            Yeah, what happened?

Individual A:      There was a hundred with the keys.

ATHANS:            Huh?

Individual A:      There was a hundred dollars with the keys.

ATHANS:            A hundred dollars with the keys?

| | |
|---|---|
| Individual A: | Yeah, there was a key and a hundred. |
| ATHANS: | Alright, okay, just hold on, just hold on to the hundred dollars, alright? |
| Individual A: | Alright. |
| ATHANS: | Bye. |

15.    On February 18, 2007, at approximately 3:51 p.m., in the vicinity of the CPD 25th District station, surveillance began to be conducted on the Collision Towing tow truck, which agents saw had Illinois license plate 18964TW.  A check of Illinois Secretary of State records show that a 2006 Ford tow truck was registered to ATHANS at 412 Gilbert Drive, Wood Dale, Illinois.[5]  Records obtained during this investigation, including federal income tax returns, show that ATHANS's towing company was known as Collision Towing.  During surveillance, agents saw that this tow truck was occupied by Individual A.  Agents saw a 1996 four door, green Volkswagon bearing Illinois license plate Y147690, registered to Coschemer A, 5555 W. Grand Avenue, Chicago, Illinois, parked near the southwest corner of the rear parking lot of the CPD 25th District station, located at 5555 W. Grand Avenue, Chicago, Illinois.  The vehicle was parked just east of Parkside Street by the bridge abutment.  During the surveillance, agents observed the green Volkswagon had been relocated to 2010 North Parkside Street.  Because of the proximity to the police station, and as to not alert any police officers to the presence of surveillance agents, agents conducted intermittent spot checks of the green Volkswagon and did not see who moved the vehicle.  At approximately 5:57 p.m., Individual A was observed hooking the green Volkswagon to the Collision Towing truck he was driving.  Agents observed Individual A then drive the truck, towing the green Volkswagon, to ATHANS's vehicle storage lot located at 4216 Wrightwood Street, Chicago, Illinois.

---

[5] A check of Illinois Secretary of State's database shows that ATHANS's driver's license has an address of 412 Gilbert Drive, Wood Dale, Illinois.

16.    On February 19, 2007, at 1:45 p.m., ATHANS received a telephone call from GRILLO. GRILLO asked ATHANS if he could meet him. GRILLO wanted to know if ATHANS was around the police station. ATHANS said he was on his way to the gym. ATHANS said he wanted to meet with the vehicle's owner (Coschemer A) and GRILLO said the guy was around now, and that he (Coschemer A) was with GRILLO. ATHANS said he wanted to meet with the guy in person and they agreed to meet at the gym located at Fullerton and Narragansett at 2:15 p.m. ATHANS told GRILLO that he wanted the vehicle's owner (Coschemer A) to call ATHANS's cellular telephone and that ATHANS would be in a white Tahoe in front of the gym.

17.    On February 19, 2007, at 2:24 p.m., ATHANS received a telephone call from GRILLO. GRILLO told ATHANS that he was outside by his truck. ATHANS said he would be right there.

18.    On February 19, 2007, agents conducted surveillance in the vicinity of the Xport Gym, located at the Brickyard Mall, at the intersection of Fullerton and Narragansett on the northwest side of Chicago. At approximately 2:15 p.m., agents saw a white Chevy Tahoe bearing Illinois license plate 462 (believed to be an Illinois commemorative plate, registration not found) arrive at the Xport Gym and park in front of the entrance to the gym. Agents saw ATHANS exit the driver's side of the Tahoe. Approximately seven minutes later, agents observed a white, 2005 four door Cadillac sedan bearing Illinois license plate "GRILLO," which Illinois Secretary of State records show was registered to JOSEPH GRILLO at 5555 W. Grand Avenue, [6] Chicago, Illinois, arrive at the Xport Gym and park by the rear of the Chevy Tahoe. Agents saw GRILLO exit the

_____

[6] The Chicago Police Department 25th district's address is 5555 W. Grand Avenue, Chicago, Illinois. It is not an uncommon practice for police officers to list the district's address on their driver's license as a security measure related to keeping their residence location private.

13

driver's side of the Cadillac and Coschemer A exit the passenger's side of the Cadillac. Surveillance then saw GRILLO and Coschemer A meet with ATHANS at the rear of the Chevy Tahoe. Approximately fifteen minutes after the meeting began, GRILLO, Coschemer A and ATHANS entered ATHANS's Tahoe. Approximately five minutes later, GRILLO and Coschemer A exited the Tahoe, entered the white Cadillac, and drove off.

19.    On February 21, 2007, CPD records show that at approximately 2:45 p.m., Coschemer A made a vehicle theft case report at the CPD 25th District. According to the report, the vehicle's registration information was as follows: 1996 Volkswagen Passat, four door, green, Illinois license plate Y147690, Vehicle Identification Number (VIN): WVWEE83A2TE163105, registered owner:  Coschemer A, 5555 W. Grand Avenue, Chicago, Illinois.  The report indicated that Coschemer A reported that the car was stolen from 2163 N. Mango Street on February 21, 2007 between 1:00 p.m. and 2:30 p.m. Coschemer A also claimed in the theft report that the only personal belongings in the vehicle was a night stick in the trunk.  A check of the Illinois Secretary of State database showed a 1996 Volkswagon four door, Illinois license plate   Y147690, Vehicle Identification Number (VIN) WVWEE83A2TE163105 was registered to Coschemer A, 5555 W. Grand Avenue, Chicago, Illinois at this time.

20.    On February 21, 2007, at 3:49 p.m., ATHANS placed a call to GRILLO.  The following is a partial summary of the telephone call:

GRILLO:          Hey uh, he (Coschemer A) reported that car stolen today.

ATHANS:         Ah huh.

GRILLO:          He said, uh, we will wait 'til Sunday. He don't want it burned, just stick it out where ever you want.

ATHANS:         Oh, he doesn't want it burned now?

14

GRILLO:            Nah, he said what you said was probably the best thing to do after he thought about it.

ATHANS:            Okay, let me call my buddy (First name of Coschemer B).

GRILLO:            Dude, but the only thing is, what's that?

ATHANS:            Let me call my buddy (First name of Coschemer B) then and see if I can just give it to him and he'll take care of it.

GRILLO:            Okay, he (Coschemer A) wants to know though if you can take the four tires off, the battery and uh, an air compressor that's on there or something.

ATHANS:            No I ain't, I ain't doing none of that, fuck that.

GRILLO:            No I would just say the tires and the battery, nothing else.

ATHANS:            Um and give them back to him you mean?

GRILLO:            Yeah.

ATHANS:            No I ain't doing that, that's crazy.

GRILLO:            Alright then, yeah that's fine don't, I'll just tell him that.

ATHANS:            Fuck that, yeah no way and then, then what, what am I going to do with the car, put it on, nah I ain't doing that, fuck that.

GRILLO:            Yeah.

ATHANS:            I'm going, I'm going to give it to this guy and it's gonna, it's gonna disappear and that's it, I'm not gonna go through. . .

GRILLO:            Alright that's, that's good enough, that's fine.

ATHANS:            You know, I mean fuck, now he's getting crazy.

GRILLO:            Yeah.

ATHANS:            You know, so um yeah, I'll give it to this guy.

GRILLO:            Alright uh like he said, wait until I guess (inaudible) he told, he was about to wait a day or two so wait to like Sunday.

15

ATHANS:          Fuck no it doesn't matter if you reported it already, I'll just give it to this guy, I mean it's gonna disappear then, I thought he wanted him to burn it.

GRILLO:          Yeah, yeah that's fine, that's good.

ATHANS:          I'll give this guy a call now and let him know so.

GRILLO:          Okay.

ATHANS:          Alright what's going on any, anything.

GRILLO:          No I got Walmart again tonight.

ATHANS:          Oh, okay.

GRILLO:          Other than that, nothing.

ATHANS:          Alright, alright, no problem, okay. I'll uh take care of that uh fuck that thing by the weekend then for this guy.

21.    On February 21, 2007, a check of the National Crime Information Center ("NCIC") by agents for VIN# WVWEE83A2TE163105 and Illinois license plate Y147690, showed that the vehicle had been reported stolen on February 21, 2007 and entered into NCIC as a stolen vehicle on February 21, 2007, at approximately 3:45 p.m. by the CPD.

22.    On February 21, 2007, at 9:05 p.m., ATHANS received a call from telephone number (773) 216-0440, a number used by Coschemer B at "ClutterBusters."[7] ATHANS told Coschemer B that, "The copper gave me that car, Volkswagon Jetta, to paint." ATHANS said he wanted to get rid of the car as it was parked at the time. They agreed to have ATHANS drop the car off to Coschemer B on Friday (February 23, 2007).

23.    On February 22, 2007, at 5:13 p.m., ATHANS placed an outgoing telephone call to Coschemer B. The following is a partial summary of the call:

---

[7] ClutterBusters is a commercial and residential cleaning service that removes debris and garbage from worksites.

16

ATHANS:         Hey listen, I was wondering if you could do me a big favor?

Coschemer B:    What do you need?

ATHANS:         And take this thing tonight. Because he, he dropped it off to me and um, I got
                uh, I gotta get it out of that lot, I'm not in that lot anymore and I told the guy
                I would be out by tomorrow, I'm trying to get rid of these cars, maybe I'll put
                a couple of cars on the street, uh.

Coschemer B:    Key or no key?

ATHANS:         Key.

Coschemer B:    Oh, okay that makes it easier.

ATHANS:         Yeah it's got a key. I'll give you the key.

Coschemer B:    Uh, shit, I'm trying to think, I've got too many sitting here right now, because
                I'm, I'm in the middle of taking that one Blazer apart, I've got it half done
                already (Inaudible)

ATHANS:         Man you would be helping me a big, big fucking favor man to get this thing
                out of here right now. I need it, I've had this thing (the green Volkswagon)
                for a couple of days and I'm fucking, I've got to move this thing right now, I
                mean.

Coschemer B:    Yeah.

ATHANS:         I don't want to put it on the street, because if something happens and he finds
                it, he's going to be really fucking upset with me you know.

Coschemer B:    Yeah I know, uh shit, anyway you could come here and get me.

ATHANS:         Yeah.

Coschemer B:    Alright, come get me and then I'll just, I'll move my truck and I'll just put it in
                here for now, I'll put it up inside.

ATHANS:         Okay.

Coschemer B:    That's all I can do for now.

ATHANS:         Um.

17

Coschemer B:         I'll have to deal with it.

ATHANS:              Actually I'll be there, I, I've just left my house right now on uh, I just left uh
                     Ozark right now, I'll come by your house, I'll be there in five minutes, three
                     minutes.

Coschemer B:         Alright, you got it.

ATHANS:              Alright, just come outside.

Coschemer B:         I'm outside.

ATHANS:              Okay, bye.

Coschemer B:         Alright.

24.     On February 22, 2007, at 5:55 p.m., ATHANS placed a call to Coschemer B.

ATHANS told Coschemer B, "Just call me when you get to your house, because I want to just know,

you know, I get kind of nervous you know, because that thing's (the green Volkswagon) probably

already on the hot sheet (list of reported stolen vehicles distributed to and referenced by law

enforcement) so. . .(ATHANS wanted to make sure that Coschemer B got home safely and did not

get pulled over.) ATHANS stated, "Alright, just ah make make sure we can take care of that priority

first you know because this guy, you know." Coschemer B said, "I know, don't worry." ATHANS

replied, "He's a copper. I don't want, I don't want this thing floating around. I'm not, you know.

I know you're good at what you do brother (ATHANS requested that Coschemer B make

dismantling the Volkswagen a priority because the car owner was a police officer and ATHANS did

not want the vehicle to be found)."

25.     On February 22, 2007, at 6:25 p.m., ATHANS received a call from Coschemer B.

Coschemer B told ATHANS that he was home and that the car was parked in the yard, with the

trailer behind it. Coschemer B told ATHANS that the car was junk. ATHANS laughed and thanked

Coschemer B for taking care of it.

26.     On February 23, 2007, surveillance was conducted at 7515 W. Roscoe Street, Chicago, Illinois, the residence of Coschemer B.  The green Volkswagon, bearing Illinois license plate of Y147690 was observed parked inside the gated area of the residence. On February 27, 2007, surveillance was conducted at 7515 W. Roscoe Street, Chicago. The green Volkswagen bearing Illinois license plate Y147690 was observed still parked inside the  gated area of the residence.  On March 18, 2007, surveillance was conducted at 7515 W. Roscoe Street, Chicago. The green Volkswagen  bearing Illinois license plate Y147690 was observed still parked inside the gated area of the residence.  On March 23, 2007, surveillance was conducted at 7515 W. Roscoe Street, Chicago.  The green Volkswagen bearing Illinois license plate Y147690 was not observed at the residence.

27.     Based on information received via grand jury subpoena from State Farm, the following documentation related to Coschemer A's insurance claim number 13-2757-101 for the theft of his 1996 Volkswagon Passat was received:

a.     copies of two letters sent to Coschemer A by State Farm regarding the theft of his 1996 Volkswagon Passat.  These letters directed Coschemer A to follow certain procedures for filing his insurance claim, which included the signing of a theft affidavit, providing the bill of sale for vehicle, completed financial authorization and all service records for the six months prior to the theft of the vehicle.  It was further requested that these items be sent via U.S. mail.

b.     three notices to the National Insurance Crime Bureau ("NICB") related to the theft of Coschemer A's 1996 Volkswagon Passat, VIN#WVWEE83A2TE163105.  A vehicle Appraisal Retail Value sheet was also included showing the National Automotive Dealers

19

Association ("N.A.D.A.") clean retail value of the vehicle was $3,900 at the time.

        c.     a copy of an Affidavit of Vehicle Theft along with registration information,

service records for the vehicle, and Certificate of Title showing Coschemer A as the owner of a 1996

Volkswagon Passat, VIN# WVWEE83A2TE163105. Coschemer A's affidavit was signed by him.

The affidavit stated that the vehicle was taken from 2163 N. Mango, Chicago, Illinois on February

21, 2007 and was left at that location by Coschemer A.

        d.     copies of two State Farm checks, numbers 101920550J dated March 19, 2007,

and 101920554J dated March 19, 2007. Both checks were made payable to Coschemer A at

(Coschemer A's home address), claim number 13-2757-101, loss date February 21, 2007. One check

was for $3,860 and the other check was for $218. These two checks were reimbursement to

Coschemer A for the theft of his 1996 Volkswagon, and the checks had been endorsed by Coschemer

A.

        28.     On April 21, 2008, agents spoke with Individual B, an employee of the law firm

representing State Farm in the matter of the theft of the green Volkswagon. Individual B told agents

that based on Coschemer A's claim, the two checks sent to Coschemer A for payment for the theft

of his vehicle were sent via Federal Express to Coschemer A's insurance agent. At Coschemer A's

insurance agent's office where the checks were sent, Coschemer A picked up the checks and signed

over the vehicle title to State Farm.

        29.     On May 19, 2008, Individual B advised agents that both of the checks sent to

Coschemer A as reimbursement for the theft of his Volkswagon Passat had been sent together via

Federal Express, routing number 7996 0664 7026. The check for $3,860 was for the total loss of the

vehicle and the second check for $218 was added as to the initial loss amount because the initial

check did not include the value of the sunroof on the vehicle and applicable taxes.

## III.    INFORMATION RECEIVED FROM COSCHEMER B

30.    CPD records show that on April 18, 2008, at approximately 6:55 a.m., ATHANS reported to the CPD that his 2007 Ford F450 black tow truck, VIN#1FDXF46P47EB42112, Illinois license plate 18964TW, had been stolen. ATHANS reported that the location of the theft was 4200 W. Wrightwood Avenue, Chicago, Illinois and occurred between 12:05 a.m. and 6:20 a.m. on April 18, 2008. A check of the Illinois Secretary of State database revealed that this 2007 Ford F-450 tow truck was registered to JAMES ATHANS, d/b/a Collision Towing, 412 Gilbert Drive, Wood Dale, Illinois 60191, Illinois license plate number 18964TW, VIN:1FDXF46P47EB42112. As part of the police report, ATHANS's insurance company was reported as Constitutional Casualty. The reporting officers were Coschemer A and Officer A.

31.    On April 18, 2008, at approximately 12:35 p.m., ATHANS telephonically reported to his insurance company, Constitutional Casualty, that his 2007 Ford F450 tow truck was stolen on April 18, 2008 from the street in front of his vehicle storage lot located at 4216 W. Wrightwood, Chicago, Illinois. ATHANS stated to his insurance company that at the time the truck was stolen, he had one key at his house and the other key in his possession. ATHANS stated that the police were notified. ATHANS acknowledged to his insurer, and during his insurance company's deposition of him regarding the claim for his tow truck, that all of the answers he provided had been true and correct to the best of his knowledge.

32.    As part of the insurance claim ATHANS submitted to Constitutional Casualty Insurance, on or about April 22, 2008, ATHANS mailed, via the U.S. Mail, a statement regarding the theft of his tow truck.

33.    On April 28, 2008, agents went to 7515 W. Roscoe, Chicago, Illinois and spoke with Coschemer B. During this conversation, Coschemer B gave agents written consent to search his home and property. During the search, agents discovered a black colored 2007 Ford F-450 tow truck, VIN# 1FDXF46P47EB42112, Illinois license plate 18964TW, along with three other vehicles that had been reported stolen. All four vehicles were seized. Coschemer B provided a key to the tow truck, which was registered to ATHANS. The tow truck had no visible damage to the interior or exterior.

34.    On April 28, 2008, following the search, Coschemer B agreed to cooperate in this investigation. After being advised of his *Miranda* rights, waiving them, and agreeing to answer questions, Coschemer B provided the following information: (a) on April 25, 2008, ATHANS contacted Coschemer B telephonically and asked if Coschemer B had room to park ATHANS's tow truck at Coschemer B's residence; (b) ATHANS drove his tow truck to Coschemer B's residence and parked it in the drive way; (c) ATHANS told Coschemer B not do anything to the truck and park it so nobody could see the license plate; (d) ATHANS said that Coschemer B could put a temporary plate on the truck, but again made it clear that ATHANS did not want anyone to see the license plate; (e) Coschemer B was unaware that the truck was reported stolen, but instead thought ATHANS was trying to hide the truck so it would not be repossessed; and (f) this tow truck was the same truck that ATHANS used to tow a Pontiac Grand Prix to Coschemer B's residence the previous day.

35.    Coschemer B provided the following information regarding the green Volkswagon: (a) Coschemer B met ATHANS in about 1992; (b) Coschemer B received at least six vehicles from ATHANS since 1992, including a Volkswagen Passat discussed below, which Coschemer B believed were either reported as stolen or were going to be reported as stolen after Coschemer B

22

dismantled the vehicles; (c) ATHANS never provided any titles to the vehicles that ATHANS

provided to Coschemer B; (d) in about 2007, Coschemer B was contacted by ATHANS and asked

to get rid of a Volkswagen Passat; (e) ATHANS told Coschemer B to get rid of the vehicle and that

the vehicle belonged to a police officer; (f) Coschemer B went to a parking lot located near the

intersection of Dickens and Austin to pick up the vehicle; (g) Coschemer B dismantled the vehicle;

sold parts of the car as scrap metal; and kept the money from the sale of the scrap metal for himself;

(h) Coschemer B kept both the driver and passenger air bags from the vehicle, which Coschemer B

provided to agents on April 28, 2008; (i) Coschemer B stated these were the airbags from the

Volkswagon Passat; and (j) while cleaning out the vehicle, Coschemer B found a wooden police

baton and flashlight that he returned to ATHANS.

  36. On or about April 28, 2008, at approximately 3:08 p.m. Coschemer B consensually

recorded a telephone call with ATHANS. During the call, Coschemer B told ATHANS that all of

the vehicles in the yard were taken by law enforcement.

  37. On April 29, 2008 at approximately 8:22 p.m., Coschemer B consensually recorded

a meeting with ATHANS. During the meeting, ATHANS requested to see the inventory sheet of

the vehicles seized by law enforcement, as well as the name of the investigating agent. ATHANS

asked, "What about the other thing (reference to the Grand Prix that was dropped off to Coschemer

B on April 25, 2008)?" Coschemer B replied that the vehicle was taken care of. ATHANS asked,

"Plastic everything...not a fucking screw or bolt nor nothing?" Coschemer B replied, "Nope, all

gone." ATHANS asked if the people with the other cars were going to back up Coschemer B

(provide a story why their reported stolen cars were in his lot) and Coschemer B replied that he did

not know who the owners were, and that ATHANS knew where the cars came from. ATHANS

23

exclaimed, "Oh my God." Coschemer B told ATHANS that they took a box of things, including airbags, and ATHANS asked if any of it was from "the thing (from the Grand Prix)." Coschemer B replied, "No." ATHANS told Coschemer B that he should tell investigators that Individual A was driving the tow truck while drunk, and that Coschemer B took the tow truck away from him and parked it at Coschemer B's residence. ATHANS said that he was concerned that investigators were going to implicate the tow truck and ATHANS in a chop shop operation with Coschemer B. ATHANS said the only thing he did was deal with crashed cars. ATHANS instructed Coschemer B that it was the eighteenth or seventeenth, a week or so ago (that Coschemer B took the tow truck). Coschemer B said, "You got it."

## IV.    CONCLUSION

38.    Based on the foregoing, I believe there is probable cause to believe that JAMES ATHANS and JOSEPH GRILLO, Coschemer A and Coschemer B devised, intended to devise, and participated in a scheme and artifice to defraud State Farm of money and property, and to obtain money and property by means of materially false and fraudulent pretenses, representations, promises and material omissions; and on or about March 21, 2007, they, for the purpose of executing the aforesaid scheme to defraud, and attempting to do so, knowingly caused to be delivered by a commercial interstate carrier according to the directions thereon an envelope addressed to State Farm

24

Insurance, Individual C, 2602 E. Dempster St., Park Ridge, IL 60068, which envelope contained two checks, and did aid and abet said scheme, in violation of Title 18, United States Code, Sections 1341 and 2.

FURTHER AFFIANT SAYETH NOT.

Craig Henderson
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME
This 3rd day of June 2008.

SIDNEY I. SCHENKIER
United States Magistrate Judge

25