UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08CR 438 |
| ) | |
| v. ) | Hon. Sidney I. Schenkier |
| ) | |
| JAMES ATHANS, ) | |
|   also known as "Meatball;" ) | |
| JOSEPH GRILLO ) | |

### GOVERNMENT'S MOTION TO SEAL
### COMPLAINT AND AFFIDAVIT, AND ARREST WARRANTS

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the criminal complaint and Affidavit, and arrest warrants in this matter.

The public filing of these documents in this matter before the arrests can be effectuated could alert defendants and result in their flight and the destruction of evidence. Additionally, if the Affidavit was to be made part of the public record at this time, the integrity of the grand jury investigation could be jeopardized.

FILED
6-3-08
JUN - 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

For these reasons, the government respectfully requests that the above-captioned documents, as well as this Motion to Seal and Court's Order, be sealed until the arrest of either of the above-captioned defendants is effectuated.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
JOSEPH ALESIA
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-6630

Dated: June 3, 2008