## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 438 - 1,2 | **DATE** | 6/3/2008 |
| **CASE TITLE** | United States of America vs. James Athans, Jospeh Grillo | | |

**DOCKET ENTRY TEXT**

Government's motion to seal complaint, affidavit, and arrest warrant is granted. Enter order to seal complaint, affidavit, and arrest warrant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|