## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 438 - 1 | **DATE** | 6/5/2008 |
| **CASE TITLE** | United States of America vs. James Athans | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to arrest on 6/5/08. Defendant informed of rights. By agreement of the parties, the defendant is released on a $4,500.00 own recognizance bond. Enter order setting conditions of release. Status hearing is set for 6/30/08 at 1:30 p.m. The government's motion for protective order is granted. Enter protective order.

■ [ For further detail see separate order(s).]　　　　Docketing to mail notices.

00:20

| | | Courtroom Deputy Initials: | mm |
|---|---|---|---|