# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 438 - 1 | **DATE** | 6/30/08 |
| **CASE TITLE** | United States of America vs. James Athans | | |

**DOCKET ENTRY TEXT**

Case called for preliminary examination. Defendant waives probable cause hearing. The Court enters a finding of probable cause. The defendant is ordered bound to the district court. The government's oral motion to unseal the case is granted.

Docketing to mail notices.

00:15

| | | Courtroom Deputy Initials: | mm |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL -2 PM 2: 54
FILED