# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | James F. Holderman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 438 | **DATE** | 7/1/2008 |
| **CASE TITLE** | USA vs. James Athans et al | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion for an extension of time to seek the return of an indictment or to file an information is granted. ENTER ORDER: It is hereby ordered that the time within which to file an information or return an indictment against the named defendants be extended to and including August 16, 2008.
X-T

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|