UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 438 |
| v. | ) | James F. Holderman |
| | ) | Chief Judge |
| JAMES ATHANS, also known as "Meatball;" | ) | |
| JOSEPH GRILLO | ) | |

ORDER

Upon the government's application under Title 18, United States Code, Section 3161(h)(8)(A) and (B), for an extension of time to file an information or return an indictment in the above-captioned cause,

IT IS HEREBY ORDERED that the time within which to file an information or return an indictment against the named defendants be extended to and including August 16, 2008. The Court finds that the ends of justice served by the extension outweigh the best interests of the public and defendants in a speedy trial for the following reasons:

1. The failure to grant such an extension would result in a miscarriage of justice; and

2. The failure to grant such an extension would deny the attorney for the government reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The government stated that defense counsel for both defendants have no objection to this Order.

ENTERED:

*James F. Holderman*
JAMES F. HOLDERMAN
Chief Judge

DATED:  July 1, 2008