## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 438 - 1 | **DATE** | 08/21/08 |
| **CASE TITLE** | USA vs. James Athans | | |

**DOCKET ENTRY TEXT**

**Arraignment proceedings held.** Defendant waives formal reading and enters a plea of not guilty. Rule 16 conference by 08/26/08. Pretrial motions to be filed by 09/09/08. Response are due by 09/16/08. Status hearing before Judge Leinenweber is set for 09/16/08 at 9:00 a.m. Enter excludable time from 08/21/08 to and including 09/16/08. Defendant's Oral motion to modify conditions of release is granted. Defendant is direct to contact Pretrial Services regarding travel, prior to traveling out of the Northern District of Illinois.     (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|